leave to respondent to renew unless appellant procure record on appeal to be promptly filed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEO M. SCHACHTER v. NIGHT AND DAY PRESS, INC.—Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS L. LYONS and Others v. ELIZABETH WHITE WYLDE, Individually and as Executrix, etc., Impleaded with ALBERT MARTIN, Appellant.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of HENRY WOODHOUSE v. AERO CLUB OF AMERICA. — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin JJ.

ULTRAMARES CORPORATION v. GARLOCK PACKING COMPANY.  BANK OF LONDON AND SOUTH AMERICA, LTD., v. GARLOCK PACKING COMPANY.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET JORNS v. CHARLES NORRIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act.   Present — Clarke, P. J., Dowling, Finch,. McAvoy and Martin, JJ.

IRENE JORNS v. CHARLES NORRIS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE V. COOPER v. JOHN T. DOOLING.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.   Motion for stay granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BETTY HAUSER v. CASPER STAHL.  CARL HAUSER v. CASPER STAHL.—Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISABELLE M. NILES v. FREDERICK SEELER.— Motion denied.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCIS L. KOHLMAN, as Trustee, etc., v. S. PARKER BREMER and Others.— Motion denied.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AL. HELLER v. ISAAC ROSENFELD and Others.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK A. REINHARDT v. HORACE L. DAY Co., INC.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRIEDA BRUDNO v. JACOB A. BRUDNO.— Motion denied.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE HOLTZMAN v. SAMUEL SOLOWAY.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE SHERIDAN v. MEYER HECHT.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATHERINE IGOE v. JOSEPH I. GETTINGER.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS E. GLADU v. EDWIN C. KENTON.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.